**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 16-10027 |
| Plaintiff-Appellee, | D.C. No. 4:15-cr-01414-CKJ-BGM-1 |
| v. | |
| LUIS MARTIN MIRANDA-BUERAS, a.k.a. Luis Bueras-Miranda, a.k.a. Luis Miranda-Bueras, | MEMORANDUM[*] |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the District of Arizona
Cindy K. Jorgenson, District Judge, Presiding

Submitted February 10, 2017[**]

Before:     HUG, FARRIS, and CANBY, Circuit Judges.

Luis Martin Miranda-Bueras appeals from the district court's judgment and

challenges his conviction and 25-month sentence for possession with intent to

distribute marijuana, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(D).  Pursuant

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

to *Anders v. California*, 386 U.S. 738 (1967), Miranda-Bueras's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Miranda-Bueras the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Miranda-Bueras has waived his right to appeal his conviction and sentence. Because the record discloses no arguable issue as to the validity of the appeal waiver, we dismiss the appeal. *See United States v. Watson,* 582 F.3d 974, 986-88 (9th Cir. 2009).

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**